UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO 18 ) <br> U.S.C. § 2703(d) ) <br> ) <br> _____ ) | DOCKET NO. 3:14-mc-189 <br><br> **ORDER TO UNSEAL** |

UPON UNOPPOSED MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Applications and related Orders in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Applications and related Orders in the above-captioned case be unsealed.

SO ORDERED.

Signed: January 9, 2015

SEALED DOCUMENT with access to Specified Parties/Plaintiff.

David C. Keesler
United States Magistrate Judge